UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JIHSHYR YIH,

        Plaintiff - Appellant,

v.

TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LTD,

        Defendant - Appellee.

No. 20-17237

D.C. No. 5:20-cv-04184-EJD
U.S. District Court for Northern California, San Jose

**MANDATE**

The judgment of this Court, entered August 26, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7